UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER RARA,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-06376-PJH

**ORDER DISMISSING SCHOOLS FIRST FEDERAL CREDIT UNION**

The final defendant remaining in this action, Schools First Federal Credit Union ("SFFCU"), has never entered an appearance on this court's docket and does not appear to have been served with the complaint. The complaint in this case was filed on November 1, 2016. In a March 20, 2017 order dismissing the complaint, the court noted that SFFCU "has not appeared, and it is not clear from the docket whether it was timely served with the complaint. See Fed. R. Civ. P. 4(m). If plaintiff wishes to maintain her claims against [SFFCU] in the amended complaint, <u>she must establish either timely proof of service or 'good cause' to justify an extension of the deadline</u>." Dkt. 47 (emphasis added).

Plaintiff did not file an amended complaint or proof of service by the deadline, and has not attempted to show "good cause" to excuse her failure to serve SFFCU within 90 days as required by Federal Rule of Civil Procedure 4(m). Accordingly, SFFCU is hereby DISMISSED as a defendant, without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: June 30, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge